1  PATRICK McCARTHY, State Bar No. 108079
     pmccarthy@mccarthylaw.us
2  LAW OFFICES OF PATRICK McCARTHY
   7041 Koll Center Parkway, Suite 160
3  Pleasanton, CA 94566
   Telephone:  (925) 460-6000
4  Facsimile:  (925) 460-6292

5  MICHAEL W. BEASLEY, State Bar No. 30872
     mwbeasley@verizon.net
6  200 Park Avenue, Suite 106
   Falls Church, VA 22046-4300
7  Tel:  (703) 533-5875
   Fax:  (703) 533-5876
8
9  Attorneys for Plaintiffs
   STEVEN L. PANKEN
10 JUDITH KINDER SMITH
   RANDOLPH M. PITTS
11

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 STEVEN L. PANKEN,                    )   CASE NO.: C10-05601-EMC
                                        )   (Related Cases)
16                      Plaintiff,      )
                                        )   Honorable Edward M. Chen
17          vs.                         )
                                        )
18                                      )
   DR. JANKO ROTTMANN, et al.,          )
19                                      )
                                        )
20                      Defendants.     )
                                        )
21 ─────────────────────────────────   )
                                        )
22 JUDITH KINDER SMITH,                 )   CASE NO.: C10-05602-EMC
                                        )
23                      Plaintiff,      )   **FINAL ORDER GRANTING DEFAULT**
                                        )   **JUDGMENT AGAINST DEFENDANT**
24          vs.                         )   **JANKO ROTTMANN ON BEHALF OF**
                                        )   **PLAINTIFF JUDITH KINDER SMITH**
25 DR. JANKO ROTTMANN, et al.,          )
                                        )
26                                      )
                                        )
27                      Defendants.     )
                                        )
28

                                     - 1 -

1  RANDOLPH M. PITTS                          )   CASE NO.: C11-04685-EMC
                                              )
2                    Plaintiff,               )
                                              )
3      vs.                                    )
                                              )
4  DR. JANKO ROTTMANN, et al.,                )
                                              )
5                    Defendants.              )
                                              )
6                                             )
7  _____)

8

9      THIS CAUSE is before the Court on Plaintiff Judith Kinder Smith's Motion for Entry of

10 Judgment by Default against Defendants Dr. Janko Rottmann, Alpha International Security Services,

11 Ltd., and MCR Acquisitions GmbH, filed on December 10, 2010.  The Court has carefully considered

12 the Motion, the entire file of this case, including the Declaration of Judith Kinder Smith in Support of

13 Motion for Entry of Judgment by Default and accompanying documents, the returns of service

14 executed for the Defendants Dr. Janko Rottmann, Alpha International Security Services, Ltd., and

15 MCR Acquisitions GmbH, the entry of Default against the Defendants, the failure of the Defendants to

16 respond to the Motion for Default Judgment or enter an appearance in the case, Defendants' failure to

17 respond to any Orders or Directives of the Court in this matter, and the fact that Defendants apparently

18 are fully advised in the premises.

19     Accordingly, for good cause shown, and for the reasons stated on the record at the April 20,

20 2012 hearing, it is hereby:

21     **ORDERED AND ADJUDGED** as follows:

22     1.     Plaintiff Judith Kinder Smith's Motion for Entry of Judgment by Default against

23 Defendant Dr. Janko Rottmann is hereby **GRANTED;**

24     2.     Judgment is hereby entered in favor of Plaintiff Judith Kinder Smith and against

25 Defendant Dr. Janko Rottmann;

26     3.     Plaintiff Judith Kinder Smith shall recover from Defendant Dr. Janko Rottmann the

27 amount of $500,000.00;

28

4.   This Judgment shall bear interest at the rate as prescribed by 28 U.S.C. Section 1961 (0.31%), and shall be enforceable as prescribed by 28 U.S.C. Sections 2001, *et seq.*, 28 U.S.C. Sections 3001-3307, and Rule 69(a), Federal Rules of Civil Procedure;

5.   The Clerk shall close this case;

6.   All other pending matters are hereby determined to be moot.

**IT IS SO ORDERED**.



EDWARD
United State

IT IS SO ORDERED

Judge Edward M. Chen