PATRICK McCARTHY, State Bar No. 108079
   pmccarthy@mccarthylaw.us
LAW OFFICES OF PATRICK McCARTHY
7041 Koll Center Parkway, Suite 160
Pleasanton, CA 94566
Telephone: (925) 460-6000
Facsimile: (925) 460-6292

MICHAEL W. BEASLEY, State Bar No. 30872
   mwbeasley@verizon.net
200 Park Avenue, Suite 106
Falls Church, VA 22046-4300
Tel: (703) 533-5875
Fax: (703) 533-5876

Attorneys for Plaintiffs
STEVEN L. PANKEN
JUDITH KINDER SMITH
RANDOLPH M. PITTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. PANKEN,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. JANKO ROTTMANN, et al.,<br><br>    Defendants. | CASE NO.: C10-05601-EMC<br>(Related Cases)<br><br>Honorable Edward M. Chen |
| JUDITH KINDER SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. JANKO ROTTMANN, et al.,<br><br>    Defendants. | CASE NO.: C10-05602-EMC<br><br>**FINAL ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT JANKO ROTTMANN ON BEHALF OF PLAINTIFF STEVEN L. PANKEN** |

| | |
|---|---|
| RANDOLPH M. PITTS ) | CASE NO.: C11-04685-EMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DR. JANKO ROTTMANN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

THIS CAUSE is before the Court on Plaintiff Steven L. Panken's Motion for Entry of Judgment by Default against Defendants Dr. Janko Rottmann, Alpha International Security Services, Ltd., and MCR Acquisitions GmbH, filed on December 10, 2010. The Court has carefully considered the Motion, the entire file of this case, including the Declaration of Steven L. Panken in Support of Motion for Entry of Judgment by Default and accompanying documents, the returns of service executed for the Defendants Dr. Janko Rottmann, Alpha International Security Services, Ltd., and MCR Acquisitions GmbH, the entry of Default against the Defendants, the failure of the Defendants to respond to the Motion for Default Judgment or enter an appearance in the case, Defendants' failure to respond to any Orders or Directives of the Court in this matter, and the fact that Defendants apparently are fully advised in the premises.

Accordingly, for good cause shown, and for the reasons stated on the record at the April 20, 2012 hearing, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Steven L. Panken's Motion for Entry of Judgment by Default against Defendant Dr. Janko Rottmann is hereby **GRANTED**;

2. Judgment is hereby entered in favor of Plaintiff Steven L. Panken and against Defendant Dr. Janko Rottmann;

3. Plaintiff Steven L. Panken shall recover from Defendant Dr. Janko Rottmann the amount of $200,000.00;

//

4. This Judgment shall bear interest at the rate as prescribed by 28 U.S.C. Section 1961 (0.31%), and shall be enforceable as prescribed by 28 U.S.C. Sections 2001, *et seq.*, 28 U.S.C. Sections 3001-3307, and Rule 69(a), Federal Rules of Civil Procedure;

5. The Clerk shall close this case;

6. All other pending matters are hereby determined to be moot.

**IT IS SO ORDERED.**



_____
EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen